UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR 24 P 1: 21

U.S. DISTRICT COURT
DISTRICT OF MASS

```
***************************************  *
                                          *
BOSTON OLD COLONY INSURANCE CO.           *
(as Subrogee of VICTORIA MARCOTTE         *
and ALEXANDER FLEMING),                   *
      Plaintiffs,                         *
                                          *    Civ. No. 2005-1273 RCL
                                          *
v.                                        *
                                          *
UNITED STATES OF AMERICA,                 *
LOUIS J. ZINNI and JENNIFER R. DAVIS,     *
      Defendants.                         *
                                          *
***************************************  *
```

## DEFENDANT JENNIFER R. DAVIS'
## ANSWER TO PLAINTIFF'S COMPLAINT

I. The Defendant is without sufficient knowledge of the jurisdiction alleged to either admit or deny.

II. The Defendant is without sufficient knowledge of the facts alleged to either admit or deny.

III. The Defendant is without sufficient knowledge of the facts alleged to either admit or deny.

IV. Admit.

V. The Defendant is without sufficient knowledge of the facts alleged to either admit or deny.

VI. The Defendant is without sufficient knowledge of the facts alleged to either admit or deny.

VII. The Defendant is without sufficient knowledge of the facts alleged to either admit or deny.

VIII. Admit.

IX. Admit.

X.      Admit.

XI.     Admit.

XII.    Admit.

XIII.   Deny.

## COUNT ONE

No answer required of this Defendant.

## COUNT TWO

No answer required of this Defendant.

## COUNT THREE

XXII.   The Defendant repeats and reavers the answers given to paragraphs I through XXI of the Complaint and incorporates those responses herein by reference.

XXIII.  Deny.

XXIV.   Deny.

XXV.    Deny.

XXVI.   Deny.

WHEREFORE, the Defendant denies that the Plaintiff is entitled to judgment against her in any amount.

## AFFIRMATIVE DEFENSES

1.      The Defendant says that the Plaintiff was negligent, which negligence was greater than the negligence of the Defendant, if any, and, therefore, the Plaintiff is not entitled to recover, as provided under the terms and provisions of Massachusetts General Laws, Chapter 231, Section 85, as amended.

2.      The Defendant is exempt from tort liability for damages to the Plaintiff to the extent provided under Massachusetts General Laws, Chapter 90, Section 34M and that any damages recovered by the Plaintiff should be reduced to the extent of benefits paid to the Plaintiff under the provisions of Massachusetts General Laws, Chapter 90, Section 34A, M.

                Defendant, Jennifer R. Davis,
                By her attorney,

/s/ Kevin R. McNamara

Kevin R. McNamara, Esquire
BBO #542219
Law Office of Charles F. Corcoran
45 William Street, Suite 210
Wellesley, MA 02481
Telephone: 781-237-3535

## CERTIFICATE OF SERVICE

I, Kevin R. McNamara, Esquire, hereby certify that on March 23, 2005, I served a copy of the above **Defendant Jennifer R. Davis' Answer To Plaintiff's Complaint** upon all counsel in the above action by mailing a copy thereof, postage prepaid to: Jackson F. Quan, Esquire, Bolden & Associates, 10 Federal Street, Suite 210, Salem, MA 01970.

/s/ Kevin R. McNamara

Kevin R. McNamara, Esquire