# UNITED STATES DISTRICT COURT

District of _____

Boston Old Colony Insurance Co
(as subrogee of Victoria Marcotte
and Alexander Fleming
V.

United States of America
Louis J. Zinni and
Jennifer R. Davis

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**05 102.3 RCL**

TO: (Name and address of Defendant)

Jennifer R. Davis
471 Sippewissett Road
Falmouth, MA 02540

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jackson F. Quan
Bolden & Associates
10 Federal Street, Suite 210
Salem, MA 01970

an answer to the complaint which is herewith served upon you, within _____25_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: FEB 10 2005