# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

Boston Old Colony Insurance Co
(as subrogee of Victoria Marcott)
V.
United States of America
Louis J. Zinni, Jennifer R. Davis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 CV 10273 RCL

TO: (Name and address of Defendant)

Attorney General of the United States
Michael J. Sullivan, Attorney General Of MA
U.S. Courthouse, Suite 9200
One Constitution Way
Boston, MA 02210

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jackson F. Quan
Bolden & Associates
10 Federal Street, Suite 210
Salem, MA 01970

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  FEB 10 2005



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

April 7, 2005

I hereby certify and return that on 3/30/2005 at 1:50PM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Ilona Ferra, in the office of the Attorney General, agent and person in charge at the time of service for United States of America, at , c/o US Attorney Michael Sullivan, Federal US Courthouse Boston, MA. Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $37.00

Deputy Sheriff George Slyva

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.