UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BOSTON OLD COLONY INSURANCE CO. (as subrogee of Victoria Marcotte and Alexander Fleming) | ) ) ) ) ) | |
| Plaintiff | ) | C.A. No.: 2005-1273 RCL |
| Vs. | ) ) | |
| UNITED STATES OF AMERICA, LOUIS J. ZINNI and JENNIFER R. DAVIS | ) ) ) | |
| Defendants | ) ) ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please withdraw my appearance as attorney for the Plaintiff, Boston Old Colony

Insurance Co., in the above entitle matter.  This notice is accompanied by the appearance of our

successor counsel.

Respectfully Submitted,
The Plaintiff
By Its Attorney

Jackson F. Quan
Bolden & Associates
10 Federal Street, Suite 210
Quincy, MA 01970
(978) 744-2162
BBO # 648122