UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON OLD COLONY INSURANCE CO.<br>(as subrogee of Victoria Marcotte and<br>Alexander Fleming)<br><br>　　　　　　　Plaintiff<br><br>Vs.<br><br>UNITED STATES OF AMERICA,<br>LOUIS J. ZINNI and JENNIFER R. DAVIS<br><br>　　　　　　　Defendants | C.A. No.: 2005-1273 RCl |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

　　Please enter my appearance as attorney for the Plaintiff, Boston Old Colony Insurance Co., in the above entitle matter.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　The Plaintiff
　　　　　　　　　　　　　　　　　　　　By Its Attorney

　　　　　　　　　　　　　　　　　　　　_/s/ Laurie B. McGhee_
　　　　　　　　　　　　　　　　　　　　Laurie B. McGhee
　　　　　　　　　　　　　　　　　　　　Bolden & Associates
　　　　　　　　　　　　　　　　　　　　10 Federal Street, Suite 210
　　　　　　　　　　　　　　　　　　　　Quincy, MA 01970
　　　　　　　　　　　　　　　　　　　　(978) 744-2162
　　　　　　　　　　　　　　　　　　　　BBO # 551385

## CERTIFICATE OF SERVICE

I, Laurie B. McGhee, Attorney for the Plaintiff, Boston Old Colony Insurance Co., do hereby certify that under the penalties of perjury I have this 20th day of April, 2005, gave written notice of Notice of Withdrawal of Appearance of Jackson F. Quan, Notice of Appearance of Laurie B. McGhee, by mailing a copy first class mail, postage prepaid to:

Kevin R. McNamara
Law Office of Charles F. Corcoran
45 William Street, Suite 210
Wellesley Hills, MA 02481

Mark J. Grady
Assistant U.S. Attorney
U.S. Department of Justice
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

                                                Respectfully Submitted,
                                                The Plaintiff
                                                By Its Attorney

                                                Laurie B. McGhee
                                                Bolden & Associates
                                                10 Federal Street, Suite 210
                                                Quincy, MA 01970
                                                (978) 744-2162
                                                BBO # 551385