# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Boston Old Colony Insurance Co
(as subrogee of Victoria Marcott)

V.

United States of America
Louis J. Zinni & Jennifer R. Davis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 10273 RCL

TO: (Name and address of Defendant)

United States of America
Department of the Army
Devens Reserve Forces Training Area
Office of the Legal Advisor
30 Quebec Street, unit 5
Ayer, MA 01432

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jackson F. Quan
Bolden & Associates
10 Federal Street, Suite 210
Salem, MA 01970

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

MAR - 4 2005
DATE

(By) DEPUTY CLERK