# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

Boston Old Colony Insurance Co
(as subrogee of Victoria Marcott)
             V.
United States of America,
Louis J. Zinni & Jennifer R. Davis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05  10273 RCL

TO: (Name and address of Defendant)

United States of America (US ARMY)
Barry Woofter
Colonel, U.S. Army
Staff Judge Advocate
Department of the Army
Headquarters, Ft. Dix
5417 Alabama Avenue
Ft. Dix, NJ 08640-5000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jackson F. Quan
Bolden & Associates
10 Federal Street, Suite 210
Salem, MA 01970

an answer to the complaint which is herewith served upon you, within     20     days after service of this



# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

Boston Old Colony Insurance Co
(as subrogee of Victoria Marcott)

V.

United States of America,
Louis J. Zinni & Jennifer R. Davis

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 10273 RCL

TO: (Name and address of Defendant)

United States of America (US ARMY)
Barry Woofter
Colonel, U.S. Army
Staff Judge Advocate
Department of the Army
Headquarters, Ft. Dix
5417 Alabama Avenue
Ft. Dix, NJ 08640-5000

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jackson F. Quan
Bolden & Associates
10 Federal Street, Suite 210
Salem, MA 01970

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    MAR - 4 2005
CLERK                                           DATE

(By) DEPUTY CLERK