# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

BOSTON OLD COLONY                    )
INSURANCE CO. (as subrogee           )
of Victoria Marcotte and             )
Alexander Fleming)                   )
                                     )
     Plaintiff,                      )     Civil Action No. 05 10273 RCL
                                     )
v.                                   )
                                     )
UNITED STATE OF AMERICA, et al.      )
                                     )
     Defendants.                     )


## MOTION TO EXTEND THE TIME TO FILE AN ANSWER OR
## OTHER RESPONSIVE PLEADING

The United States requests that the time to file an answer or other responsive pleading be extended until June 30, 2004.  As grounds for the request, the United States states that the instant Petition was received by the United States Attorney's Office on or about March 30, 2005.

Plaintiff alleges tort liability arising from a motor vehicle accident and the instant request is reasonably necessary to appropriately investigate and respond to the allegations in this matter.

Wherefore, the United States requests that the time to file an answer or other responsive pleading be extended until June 30, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

 /s/ Mark J. Grady
MARK J. GRADY
Assistant U.S. Attorney
U.S. Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
Tel. No. (617) 748-3136

**Certificate of Compliance**

I hereby certify that on May 25, 2005, I attempted to contact the Plaintiff's counsel regarding the relief requested by way of this motion.

 /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney

**Certificate of Service**

IT IS HEREBY CERTIFIED that on this 25th day of May 2005,  service of the foregoing Motion has been made upon the following by depositing a copy in the United States mail, postage prepaid to,**Kevin R. McNamara** Law Office of Charles F. Corcoran, Suite 210, 45 William Street, Wellesley, MA 02481and  **Laurie B. McGhee**, Bolden & Associates , 10 Federal Street, Suite 210, Quincy, MA 01970.

 /s/ Mark J. Grady
Mark J. Grady
Assistant United States Attorney