UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*******************************************

BOSTON OLD COLONY INSURANCE CO., *
(As subrogee of Victoria Marcotte and Alexander *
Fleming), *
　　　　　　　　　　　　　　　　　　 *
　　　　　Plaintiff　　　　　　　　　　 *
　　　　　　　　　　　　　　　　　　 *
　　vs.　　　　　　　　　　　　　　　 *　　Docket No:
　　　　　　　　　　　　　　　　　　 *　　05 CV 10273 RCL
　　　　　　　　　　　　　　　　　　 *
UNITED STATES OF AMERICA, *
LOUIS ZINNI and JENNIFER R. DAVIS, *
　　　　　　　　　　　　　　　　　　 *
　　　　　Defendants　　　　　　　　　 *
*******************************************

ANSWER OF DEFENDANT, LOUIS ZINNI, ONLY

FIRST DEFENSE

　　The defendant answers the respective numbered paragraphs of the plaintiff's complaint as follows:

　　1. The defendant denies the allegations contained in paragraph 1 of the plaintiff's complaint.

　　2. The defendant is without sufficient knowledge to either admit or deny the allegations contained in paragraph 2 of the plaintiff's complaint.

　　3. The defendant denies the allegations contained in paragraph 3 of the plaintiff's complaint.

　　4. The defendant is without sufficient knowledge to either admit or deny the allegations contained in paragraph 4 of the plaintiff's complaint.

　　5. The defendant is without sufficient knowledge to either admit or deny the allegations contained in paragraph 5 of the plaintiff's complaint.

　　6. The defendant is without sufficient knowledge to either admit or deny the allegations contained in paragraph 6 of the plaintiff's complaint.

　　7. The defendant denies the allegations contained in paragraph 6 of the plaintiff's complaint.

　　8. The defendant is without sufficient knowledge to either admit or deny the allegations contained in paragraph 8 of the plaintiff's complaint.

9. The defendant denies the allegations contained in paragraph 9 of the plaintiff's complaint.

10. The defendant is without sufficient knowledge to either admit or deny the allegations contained in paragraph 10 of the plaintiff's complaint.

11. The defendant is without sufficient knowledge to either admit or deny the allegations contained in paragraph 11 of the plaintiff's complaint.

12. The defendant denies the allegations contained in paragraph 12 of the plaintiff's complaint.

13. The defendant is without sufficient knowledge to either admit or deny the allegations contained in paragraph 13 of the plaintiff's complaint.

## COUNT I

Paragraphs XIV-XVI – pertains to a defendant other than this defendant. To the extent an answer is required, denied.

## COUNT II

Paragraph XVII - The defendant repeats and reavers his answers to paragraphs I - XVI of the plaintiff's complaint as if fully set forth herein.

Paragraph XVIII - The defendant denies the allegations contained in paragraph XVIII of the plaintiff's complaint.

Paragraph XIX - The defendant denies the allegations contained in paragraph XIX of the plaintiff's complaint.

Paragraph XX - The defendant denies the allegations contained in paragraph XX of the plaintiff's complaint.

Paragraph XXI - The defendant denies the allegations contained in paragraph XXI of the plaintiff's complaint.

## COUNT III

Count III – pertains to a defendant other than this defendant. To the extent an answer is required, denied.

## SECOND DEFENSE

The defendant says the plaintiff's alleged injuries and damages were caused in whole or in part by the plaintiff's own negligence which was greater than any negligence of the defendant.

### THIRD DEFENSE

The defendant says that at the time of the alleged accident the plaintiff was guilty of violations of law that contributed to the accident.

### FOURTH DEFENSE

The defendant says that he is exempt from tort liability to the plaintiff under Mass. Gen. Laws Ch. 90 Section 34M and Section 34O.

### FIFTH DEFENSE

The defendant says that the plaintiff's alleged injuries and damages were caused by a person or persons by whose conduct the defendant is not responsible.

### SIXTH DEFENSE

The plaintiff's complaint and each and every cause of action contained therein is barred by the statute of limitations applicable thereto.

### SEVENTH DEFENSE

The defendant says that plaintiff's complaint is subject to dismissal because of insufficiency of service of process, pursuant to Fed. R. Civ. P. 12(b)(5) and/or insufficiency of process pursuant to Fed. R. Civ. P. 12(b)(4).

WHEREFORE, the defendant demands that:

1. The plaintiff's complaint and each and every cause of action contained therein be dismissed;

2. The defendant be awarded costs incurred in this action; and

3. This Honorable Court award such other relief as it deems equitable and just.

DEMAND FOR A JURY TRIAL ON ALL ISSUES SO TRIABLE TO A JURY.

Defendant, Louis Zinni,
By his Attorneys,

ARTHUR E. LEVINE
& ASSOCIATES, P.C.

Arthur E. Levine
BBO# 296460
30 Rowes Wharf, 3rd Floor
Boston, MA 02110
(617) 737-0444

## CERTIFICATE OF SERVICE

I, Arthur E. Levine, attorney for the defendant, hereby certify that I caused the annexed Answer to be served on all parties by mailing a copy thereof, postage prepaid, to the following this 26th day of August, 2005:

Jackson F. Quan, Esquire
Bolden & Associates
10 Federal Street, Suite 210
Salem, MA 01970

Anthony Gallant, Esquire
Law Offices of Mark E. Salomone
295 High Street, Suite 100
Holyoke, MA 01040

Alexandra Dufresne, Esquire
Law Offices of James H. Breen, Jr.
64 Broad Street, 2nd Floor
Boston, MA 02110

_____
Arthur E. Levine