UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BOSTON OLD COLONY<br>INSURANCE CO. (as subrogee<br>of Victoria Marcotte and<br>Alexander Fleming)<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05 10273 RCL |

**CERTIFICATION OF THE DEFENDANT PURSUANT TO LOCAL RULE 16.1**

Pursuant to Local Rule 16.1, the defendant, United States, hereby certifies that it has conferred with counsel concerning projected expenses for this litigation as well as alternative dispute resolution programs that may at some point assist in resolving this litigation.

Dated: 9-15-05

/s/ Michael Donaghy by MJG
Michael Donaghy
Legal Advisor
United States Army
Devens RFTA
30 Quebec Street
Devens, MA 01434
(978) 796-225

Dated: 9-15-05

/s/ Mark Grady
Mark J. Grady
Assistant U.S. Attorney
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3136