UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON OLD COLONY<br>INSURANCE CO. (as subrogee<br>of Victoria Marcotte and<br>Alexander Fleming)<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATE OF AMERICA, et al.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-10273-RCL<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNITED STATES' CONTRIBUTION TO THE JOINT STATEMENT REQUIRED UNDER LOCAL RULE 16.1**

Trial Counsel for the United States attempted to confer with other counsel in this matter via telephone and e-mail as required by the Court's Notice of Scheduling Conference and forwarded this proposed contribution to other counsel via email on September 14, 2005.

*Contested Issues*

A.  Concise Statement of the Defendant, The United States', Assertions

The instant claim involves a motor vehicle accident occurring on Route 140 in Lakeville, MA. Co-defendant Zinni was operating in the left hand lane with an improperly secured ladder. When the ladder came loose, the three vehicles behind Zinni (operated by the co-defendants) were forced to take emergency evasive action. Relevant to the United States, Plaintiff, the fourth car in line, alleges that the operator of the United States' vehicle, the third car in line, was negligent in swerving into the right hand lane to avoid the ladder, thereby colliding with Plaintiff (who had also swerved into the right hand lane to avoid the ladder).

The United States denies liability of any kind in this motor vehicle accident, contends

that the negligence of the co-defendant Zinni was the sole and exclusive cause of this accident and contests the nature and extent of the plaintiff's damages.

### *Proposed Schedule*

Pursuant to Local Rule 16.1, the United States proposes the following Discovery Plan and Motion Schedule for the Court to consider in connection with the initial scheduling conference in this matter currently scheduled for September 21, 2005, at 2:30 p.m.

| Event | Deadline |
| --- | --- |
| Compliance With Mandatory Disclosures | October 21, 2005 |
| Completion of Written Fact Discovery and Depositions | March 21, 2006 |
| Rule 26(a)(2)(B) Disclosure of Trial Experts by the Plaintiff | April 21, 2006 |
| Rule 26(a)(2)(B) Disclosure of Trial Experts by the Defendant | May 22, 2006 |
| Deadline for Filing Dispositive Motions | June 26, 2006 |
| Final Pretrial Conference | To be scheduled by the Court |
| Trial | To be scheduled by the Court |

### *Certification*

Counsel for the United States has filed the certification Local Rule 16.1 requires.

*Conference with Counsel*

Pursuant to Local Rule 16.1(B) and Fed.R.Civ.P. 26(f), counsel for the United States attempted to confer.

>For the defendant,
>THE UNITED STATES,
>
>MICHAEL J. SULLIVAN
>UNITED STATES ATTORNEY
>
>By:   /s/ Mark J. Grady
>Mark J. Grady
>Assistant U.S. Attorney
>John Joseph Moakley Courthouse
>1 Courthouse Way, Suite 9200
>Boston, MA 02210
>(617) 748-3136

**Certificate of Service**

The above document was served by first class mail upon all counsel not electronically notified of its filing on September 16, 2005.

>/s/ Mark J. Grady
>Mark J. Grady
>Assistant U.S. Attorney