UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 SEP 16 P 12: 17

U.S. DISTRICT COURT
DISTRICT OF MASS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BOSTON OLD COLONY INSURANCE CO.,            \*
(As subrogee of Victoria Marcotte and Alexander   \*
Fleming),                                          \*
    Plaintiff                                   \*
                                                 \*
vs.                                                \*   Civil Action No. 05 10273 RCL
                                                 \*
                                                 \*
UNITED STATES OF AMERICA,                          \*
LOUIS ZINNI and JENNIFER R. DAVIS,                 \*
    Defendants                                 \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT, LOUIS ZINNI'S REPLY TO
### CROSS COMPLAINT OF UNITED STATES OF AMERICA

#### FIRST DEFENSE

The crossclaim defendant, Louis Zinni, answers the respective numbered paragraphs of the Cross Complaint as follows:

1. The crossclaim defendant is without sufficient knowledge to either admit or deny the allegations contained in paragraph 1 of the Cross Complaint.

2. The crossclaim defendant denies the allegations contained in paragraph 2 of the Cross Complaint.

3. The crossclaim defendant denies the allegations contained in paragraph 3 of the Cross Complaint.

4. The crossclaim defendant denies the allegations contained in paragraph 4 of the Cross Complaint.

5. The crossclaim defendant denies the allegations contained in paragraph 5 of the Cross Complaint.

6. The crossclaim defendant denies the allegations contained in paragraph 6 of the Cross Complaint.

#### SECOND DEFENSE

The crossclaim defendant says that at the time of the alleged accident the crossclaim plaintiff was guilty of violations of law that contributed to the accident.

### THIRD DEFENSE

The crossclaim defendant says that the crossclaim plaintiff's alleged injuries and damages were caused by a person or persons by whose conduct the crossclaim defendant is not responsible.

### FOURTH DEFENSE

The crossclaim and each and every cause of action contained therein fails to state a claim upon which relief can be granted.

### FIFTH DEFENSE

The crossclaim and each and every cause of action contained therein is barred by the statute of limitations applicable thereto.

WHEREFORE, the crossclaim defendant demands that:

1. The crossclaim and each and every cause of action therein be dismissed;

2. The crossclaim defendant be awarded costs incurred in this action; and

3. This Honorable Court award such other relief as it deems equitable and just.

DEMAND FOR A JURY TRIAL ON ALL ISSUES SO TRIABLE TO A JURY.

Louis Zinni,
By his Attorneys,

ARTHUR E. LEVINE
& ASSOCIATES, P.C.

_____
Arthur E. Levine
BBO# 296460
30 Rowes Wharf, 3rd Floor
Boston, MA 02110
(617) 737-0444

CERTIFICATE OF SERVICE

      I, Arthur E. Levine, attorney for the defendant, hereby certify that I caused the annexed Reply to Cross Complaint to be served on all parties by mailing a copy thereof, postage prepaid, to the following this 13th day of September, 2005:

Mark J. Grady, Esquire
Assistant United States Attorney
One Courthouse Way
United States Courthouse, Suite 9200
Boston, MA 02210

Laurie B. McGee, Esquire
Bolden & Associates
10 Federal Street, Suite 210
Salem, MA 01970

Kevin McNamara, Esquire
Law Offices of Charles F. Corcoran
45 William Street, Suite 210
Wellesley, MA 02481

Anthony Gallant, Esquire
Law Offices of Mark E. Salomone
295 High Street, Suite 100
Holyoke, MA 01040

Alexandra Dufresne, Esquire
Law Offices of James H. Breen, Jr.
64 Broad Street, 2nd Floor
Boston, MA 02110

_____
Arthur E. Levine