UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*Filed in Open Court 11/3/05*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| BOSTON OLD COLONY INSURANCE CO., <br> (As subrogee of Victoria Marcotte and Alexander Fleming), <br><br> Plaintiff <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br> LOUIS ZINNI and JENNIFER R. DAVIS, <br><br> Defendants | Docket No: <br> 05 CV 10273 RCL |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEFENDANT, LOUIS ZINNI'S PRETRIAL MEMORANDUM

A.  **Trial Counsel**

Arthur E. Levine, Arthur E. Levine & Associates, P.C, 30 Rowes Wharf, Boston, MA 02110; (617) 737-3000.

B.  The defendant Louis Zinni contends that on the date of the accident alleged in the plaintiff's complaint, August 18, 2004, he was operating his motor vehicle on Route 140 in Lakeville, Massachusetts. At the time this incident occurred the defendant Louis Zinni had secured to his motor vehicle an eight foot ladder. He had a bunji cord around the legs of the ladder and around the lock at the tailgate. As Mr. Zinni was traveling in the left lane the ladder fell out of the bed of his truck. He has no knowledge as to how and why the ladder fell out.

C.  No claims or defenses have been waived.

D.  The defendant, Louis Zinni, is prepared to stipulate that a motor vehicle accident did in fact occur at the time and place stated in the plaintiff's complaint. He is also prepared to stipulate that he had a ladder attached to the rear of his motor vehicle which in fact fell from his motor vehicle prior to the time the collision involved in this litigation occurred. He is also prepared to stipulate that he has no knowledge as to why the ladder fell from the rear of his motor vehicle.

E.  Witnesses

Louis Zinni, 231 Evans Street, North Weymouth, Massachusetts 02191

Mr. Zinni will testify in a manner consistent with the stipulation of counsel in paragraph d above.

For the defendant,
Louis Zinni

ARTHUR E. LEVINE
& ASSOCIATES, PC

Arthur E. Levine
BBO# 296460
30 Rowes Wharf, 3rd Floor
Boston, MA 02110
(617) 737-3000
